**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 980**

**JUDGE PALLMEYER
MAGISTRATE JUDGE DENLOW**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILIP REDFERN, *Plaintiff,* -vs- WILL COUNTY DEPUTY SHERIFFS PERILLO and LOPEZ, *Defendants.* | No. 08 *(jury demand)* |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. This action was originally commenced on August 1, 2006 as case number 06-cv-4141 and dismissed without prejudice on December 17, 2007.

2. Plaintiff Philip Redfern is a resident of the Northern District of Illinois.

3. Defendants Will County Deputy Sheriffs Perillo and Lopez were, at the time of the incident complained of, correctional officers working at the Will County Adult Detention Facility.

4. On or about July 15, 2005, while plaintiff was being held at the Will County Adult Detention Facility and before plaintiff's initial court appearance, defendants Perillo, Lopez, and another person whose identity is presently unknown to plaintiff, acting under color of their authority as correctional officers, subjected plaintiff to the excessive and unreasonable use of force, causing plaintiff to receive personal injuries.

5. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States.

6. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor in the amount of fifty thousand dollars as compensatory damages against defendants, jointly and severally, in the amount of twenty five thousand dollars as punitive damages against each defendant, and that the Court grant whatsoever other relief as may be appropriate, including an award of fees and costs.

/s/ Kenneth N. Flaxman

---

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*