# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 980 | **DATE** | 4/21/2008 |
| **CASE TITLE** | Philip Redfern vs. Perillo, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/21/2008. Rule 16 conference set for 5/22/2008 at 9:00.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|