IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILIP REDFERN, )<br>)<br>   Plaintiff, )<br>)<br>      v. )<br>)<br>WILL COUNTY DEPUTY SHERIFFS PERILLO and )<br>LOPEZ, )<br>)<br>   Defendants. ) | No. 08 C 980<br><br>Judge Rebecca R. Pallmeyer |

DEFENDANTS' ANSWER AND
AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT

Defendants PERILLO and LOPEZ, through their undersigned counsel, and for their Answer and Affirmative Defense to Plaintiff's Complaint, state as follows:

1. This is a civil action arising under 42 U.S.C. §1983. This action was originally commenced on August 1, 2006 as case number 06-cv-4141 and dismissed without prejudice on December 17, 2007.

ANSWER: Defendants admit that Plaintiff purports to bring this action pursuant to 42 U.S.C. §1983. Defendants further admit that Plaintiff filed a complaint on August 1, 2006, which was dismissed without prejudice on December 17, 2007. Defendants deny the remaining allegations in paragraph 1.

2. Plaintiff Philip Redfern is a resident of the Northern District of Illinois.

ANSWER: Defendants lack knowledge sufficient to form a belief as to the truth of the allegations in paragraph 2.

3. Defendants Will County Deputy Sheriffs Perillo and Lopez were, at the time of the incident complained of, correctional officers working at the Will County Adult Detention Facility.

**ANSWER:** Defendants admit that as of July 2005, each of them was a correctional officer assigned to work at the Will County Adult Detention Facility. Defendants deny the remaining allegations of paragraph 3.

4. On or about July 15, 2006, while plaintiff was being held at the Will County Adult Detention Facility and before plaintiff's initial court appearance, defendants Perillo, Lopez, and another person whose identity is presently unknown to plaintiff, acting under color of their authority as correctional officers, subjected plaintiff to the excessive and unreasonable use of force, causing plaintiff to receive personal injuries.

**ANSWER:** Defendants deny the allegations in paragraph 4.

5. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States.

**ANSWER:** Defendants deny the allegations in paragraph 5.

6. Plaintiff hereby demands trial by jury.

**ANSWER:** Paragraph 6 does not contain any allegations against Defendants, and therefore no answer is required.

## AFFIRMATIVE DEFENSE

### Qualified Immunity

In further response to the Complaint, and without waiving any of the denials set forth in the foregoing Answer thereto, Defendants are immune from liability because they did not engage in any conduct that violated Plaintiff's clearly established statutory or constitutional rights then known to a reasonable officer.

WHEREFORE, for the foregoing reasons, Defendants PERILLO and LOPEZ deny that Plaintiff is entitled to any relief whatsoever and respectfully request that this Court enter judgment in their favor and against Plaintiff, and that they be granted such further and additional relief as this Court deems just and appropriate.

        Respectfully submitted,

        VINCENT PERILLO and
        DANIEL LOPEZ


        s/ Martin W. McManaman
        One of the attorneys for Defendants

Martin W. McManaman
Patrick R. Moran
Justin C. Doolittle
LOWIS & GELLEN LLP
200 W. Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500