IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP REDFERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 980 |
| | ) | |
| WILL COUNTY DEPUTY SHERIFFS PERILLO and | ) | Judge Rebecca R. Pallmeyer |
| LOPEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:     Mr. Kenneth N. Flaxman
        Law Offices of Kenneth M. Flaxman P.C.
        200 South Michigan Avenue
        Suite 1240
        Chicago, Illinois 60604

PLEASE TAKE NOTICE that on July 7, 2008, the undersigned filed **Defendants' Answer and Affirmative Defense to Plaintiff's Complaint** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois.

Martin W. McManaman                         s/ Martin W. McManaman
LOWIS & GELLEN LLP                          One of the attorneys for Defendants
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced pleading to be served upon the above listed counsel of record via the Court's Electronic Case Filing system on July 7, 2008.

s/ Jessica Jo Chiochanyont