IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILIP REDFERN )<br>)<br>*Plaintiff,* )<br>) No. 08-980<br>-vs- )<br>) *(Judge Pallmeyer)*<br>WILL COUNTY DEPUTY SHERIFFS )<br>PERILLO and LOPEZ, )<br>)<br>*Defendants.* ) | |

## STIPULATION TO DISMISS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice and without costs.

/s/ Kenneth N. Flaxman

───────────────────────

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*


/s/ Martin McManaman (with consent)

───────────────────────

Martin McManaman
Lowis & Gellen
200 West Adams St
Suite 1900
Chicago, IL 60606
*attorney for defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Martin McManaman, Esq., Lowis & Gellen, 200 West Adams St, Suite 1900, Chicago, IL 60606, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

                /s/ Kenneth N. Flaxman

                _____
                Kenneth N. Flaxman
                ARDC Number 08830399
                200 S Michigan Ave, Ste 1240
                Chicago, IL 60604-2430
                (312) 427-3200 (phone)
                (312) 427-3930 (fax)
                knf@kenlaw.com (email)